In the Matter of the Accounting of GERTRUDE V. WHITNEY et al., Deceased, as Executors of ALICE G. VANDERBILT, Deceased.

GLORIA V. STOKOWSKA et al., Appellants; HORACE R. LAMB, as Executor of CATHLEEN V. AROSTEGUI, et al., Respondents.

Argued May 20, 1946; decided June 13, 1946.

*Arthur A. Ballantine, John L. Gray, Jr.,* and *Richard C. Malone* for Gladys Szechenyi, appellant.

*Thomas B. Gilchrist* and *Hampton D. Ewing, Jr.,* for Gloria Vanderbilt Stokowska (formerly Gloria Laura Morgan Vanderbilt, infant), appellant.

*Roland L. Redmond* and *McDonald E. Wrenn* for Guaranty Trust Company of New York, respondent.

*Gertrude M. Glennon,* as Special Guardian for infant respondents, respondents.

*Roy C. Gasser* for Gladys Szechenyi, as Successor Executor, respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate of Alice G. Vanderbilt, deceased; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.